UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20623-CR-LENARD(s)(s)

UNITED STATES OF AMERICA

vs.

MARIA VICTORIA SUAREZ *et al.*,

      **Defendant.**

_____/

**GOVERNMENT'S NOTICE OF INTENT
TO OFFER RECORDS INTO EVIDENCE PURSUANT TO FED. R. EVID. 902(11)**

The United States hereby notifies Defendant Maria Victoria Suarez that it intends to offer records into evidence pursuant to Fed. R. Evid. 902(11).  The declarations regarding these records, that is, records from (a) Intercontinental Bank, (b) First Bank of Miami, (c) Suntrust Bank, (d) Wachovia Bank, (e) Transatlantic Bank, (f) AT&T, and (g) Jackson Memorial Hospital, will be provided, if not already, by mail prior to trial.  The records supporting the declarations were previously provided to defense counsel.

                                         Respectfully submitted,

                                         JEFFREY H. SLOMAN
                                         UNITED STATES ATTORNEY

                     By:   s/ O. Benton Curtis III
                          O. BENTON CURTIS III
                          Assistant United States Attorney
                          District Court No. A5501022
                          99 Northeast 4th Street, Ste. 400
                          Miami, Florida 33132-2111
                          Tel: (305) 961-9151
                          Fax: (305) 530-6168
                          Benton.Curtis@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                       s/ O. Benton Curtis III
                                       O. BENTON CURTIS III