**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 09-20623-CR-LENARD(s)(s)

**UNITED STATES OF AMERICA**

vs.

**MARIA VICTORIA SUAREZ *et al.*,**

      **Defendant.**
_____/

**GOVERNMENTS NOTICE OF INTENT TO INTRODUCE
EVIDENCE PURSUANT TO RULE 404(B)**

The United States of America, by and through the undersigned Assistant United States Attorney, files this notice and herein advises Defendant Maria Victoria Suarez ("Suarez") of its intention to introduce evidence of other crimes, wrongs or acts, pursuant to Federal Rule of Evidence 404(b). The government is providing this notice regardless of how it intends to use the evidence of other crimes, wrongs or acts at trial, i.e. during its case-in-chief, for impeachment, or for possible rebuttal. This submission is intended to provide Suarez with the general notice of the evidence of other bad acts. *See United States v. Carrasco*, 381 F.3d 1237 (11th Cir. 2004).

      The Government intends to introduce evidence that Raul Martinez ("Martinez") is the owner and operator of the Personal Injury Clinic, Inc. ("PIC"), a corporation with several clinics in Miami-Dade County, Florida that specializes in providing health care services to individuals who have suffered injuries as a result of an accident. At some point in 2000 or 2001, co-defendant Ruben Rodriguez ("Rodriguez") approached Martinez and offered to refer patients to PIC in return for 35% of whatever PIC later recovered from those patients' insurance companies. Martinez accepted

Rodriguez's offer.

The Government further intends to introduce evidence that in terms of payment, Rodriguez typically would come to PIC and Martinez would provide Rodriguez with an envelope containing cash. On a few of these occasions, Suarez was present with Rodriguez when the payment was made. Moreover, on two specific occasions, Suarez came to PIC alone to obtain the cash payments from Martinez.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    UNITED STATES ATTORNEY

By:    s/ O. Benton Curtis III
    O. BENTON CURTIS III
    Assistant United States Attorney
    District Court No. A5501022
    99 N.E. 4th Street, Suite 400
    Miami, Florida 33132
    Telephone No. (305) 961-9151
    Facsimile No. (305) 530-6168
    Benton.Curtis@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                   s/ O. Benton Curtis III
                                   O. BENTON CURTIS III